Zuanich Law PLLC
Attorneys for Plaintiff Seine Vessels Reserve
U.S. Bank Centre
1420 Fifth Ave., Suite 2200
Seattle, WA 98101
Tel.: (206) 829-8415
Email: rpz@zuanichlaw.com
Email: brian@zuanichlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

SEINE VESSELS RESERVE,

Plaintiff,

v.

ALASKA EAGLE, LLC, *in personam;* and F/V ALASKA EAGLE, OFFICAL NO. 252152, HER ENGINES, MACHINERY, APPURTENANCES, AND CARGO, *in rem*,

Defendants.

IN ADMIRALTY

No.

**COMPLAINT FOR DAMAGES**

Plaintiff above named alleges as follows:

**I.      JURSIDICTION**

1.1.    This is an admiralty claim within the meaning of Fed. R. Civ. P. 9(h) and the general maritime law of the United States.

1.2.    This Court has subject matter jurisdiction over this claim pursuant to 28 U.S.C. § 1333.

COMPLAINT FOR DAMAGES -1-

ZUANICH LAW PLLC
U.S. BANK CENTRE
1420 5th Avenue, Suite 2200
Seattle, WA 98101
(206) 829-8415

## II. PARTIES AND VENUE

2.1 Plaintiff Seine Vessels Reserve ("SVR") is a voluntary association of fishing vessel owners. SVR, among other things, manages a fund comprised of contributions of member fishing vessel owners for the payment of losses or claims made by or against its members. SVR conducts business in Alaska.

2.2 Defendant Alaska Eagle, LLC, is an Alaska corporation and was at all material times conducting business in the State of Alaska. At all material times, this Defendant was the owner and/or operator and/or of the F/V ALASKA EAGLE.

2.3 The F/V ALASKA EAGLE is a fishing vessel documented by the United States, official number 252152. Said vessel has her homeport in the District of Alaska or will be found in the District of Alaska during the pendency of this action.

2.4 Venue is proper is this Court pursuant to 28 U.S.C. §1391.

## III. FACTUAL ALLEGATIONS

3.1 At all material times, Michael Patitucci was the owner of the F/V DENISE MARIE and a member of SVR.

3.2 On or about August 15, 2020, the F/V ALASKA EAGLE was travelling in Kupreanof Strait returning from the salmon fishing grounds to Kodiak. Suddenly, with no notice or warning, the F/V ALASKA EAGLE collided with the F/V DENISE MARIE near Whale Pass. The force of the collision caused the F/V DENISE MARIE to roll over and capsize.

3.3 Patitucci submitted a claim to SVR for the constructive total loss of the F/V DENISE MARIE, the cost of salvaging the vessel, and the cost of surveying and repairing the damage sustained by the vessel's skiff in the above-referenced collision.

3.4 Pursuant to the membership agreement between SVR and Patitucci, SVR is subrogated to Patitucci's *in personam* claims against Defendant and the *in rem* claims against the

COMPLAINT FOR DAMAGES -2-

ZUANICH LAW PLLC
U.S. BANK CENTRE
1420 5th Avenue, Suite 2200
Seattle, WA 98101
(206) 829-8415

Case 3:21-cv-00009-SLG   Document 1   Filed 01/21/21   Page 2 of 4

F/V DENISE MARIE arising out of said collision.

## IV. NEGLIGENCE CLAIM

4.1     Plaintiff incorporates by this reference the allegations of Sections I, II and III .

4.2     The aforesaid damage to the F/V DENISE MARIE and its skiff was proximately and solely caused by the Defendant's negligent navigation of the F/V ALASKA EAGLE. Such negligence includes, but is not limited to, Defendant's violation of one or more "Rules of the Road."

## V. REQUEST FOR RELIEF

WHEREFORE Plaintiffs pray for judgment against Defendant as follows:

1.     For the amounts paid to salvage the F/V DENISE MARIE, for the amounts paid to Patitucci for the constructive total loss of the vessel, for the costs incurred in surveying and repairing the F/V DENISE MARIE's skiff and for such other amounts as SVR may be obligated to pay under the membership agreement between SVR and Patitucci;

2.     For arrest, condemnation and sale of the F/V ALASKA EAGLE, including her engine, machinery, appurtenances, and cargo;

3.     For prejudgment interest according to general maritime law;

4.     For Plaintiff's attorney's fees and costs of suit incurred herein;

5.     For such other and further relief as the Court may deem just.

COMPLAINT FOR DAMAGES -3-

ZUANICH LAW PLLC
U.S. BANK CENTRE
1420 5th Avenue, Suite 2200
Seattle, WA 98101
(206) 829-8415

Case 3:21-cv-00009-SLG   Document 1   Filed 01/21/21   Page 3 of 4

DATED this 14th day of January, 2021.

                          ZUANICH LAW, PLLC

            By:    */s/ Robert P. Zuanich*
                     Robert P. Zuanich, ABA# 0605032
                     Brian C. Zuanich, ABA#1512129
                     Attorneys for Plaintiff
                     1420 Fifth Avenue, Suite 2200
                     Seattle, WA 98101
                     Tel.: (206) 829-8415
                     E-mail: rpz@zuanichlaw.com
                     Email: brian@zuanichlaw.com

COMPLAINT FOR DAMAGES -4-

ZUANICH LAW PLLC
U.S. BANK CENTRE
1420 5th Avenue, Suite 2200
Seattle, WA 98101
(206) 829-8415

Case 3:21-cv-00009-SLG   Document 1   Filed 01/21/21   Page 4 of 4